**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOGGERHEAD TOOLS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-09033 |
| ) | |
| SEARS HOLDINGS CORPORATION and ) | Hon. Judge John W. Darrah |
| APEX TOOL GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**SEARS' MOTION TO EXCLUDE
THE TESTIMONY OF CHRISTOPHER J. BOKHART**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms.*, Inc., 509 U.S. 579 (1993), Defendant Sears Holdings Corporation ("Sears") respectfully requests that this Court exclude the report and testimony of Plaintiff LoggerHead's proffered damages expert, Mr. Christopher J. Bokhart. Bokhart's fraud damages theory is directly contrary to two Seventh Circuit cases applying applicable Illinois law, irrelevant to the allegations pleaded in the complaint, and premised on a blatantly erroneous assumption that he does not that he does not purport to analyze. The proffered testimony is unreliable, irrelevant, and inadmissible.

In support of this motion, Sears submits an accompanying memorandum of law and exhibits.

WHEREFORE, Sears respectfully requests that this Court exclude the report and testimony of Mr. Christopher J. Bokhart on the issue of fraud damages.

2

Dated: June 1, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/* James M. Hilmert
　　　　　　　　　　　　　　　　　　　James M. Hilmert
　　　　　　　　　　　　　　　　　　　George Lombardi
　　　　　　　　　　　　　　　　　　　Mark Lenihan
　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-9703
　　　　　　　　　　　　　　　　　　　Tel: (312) 558-5738
　　　　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　　　　Email: jhilmert@wiston.com
　　　　　　　　　　　　　　　　　　　　　　　glombardi@winston.com
　　　　　　　　　　　　　　　　　　　　　　　mlenihan@winston.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Sears Holdings Corporation*

# CERTIFICATE OF SERVICE

I, James M. Hilmert, an attorney, hereby certify that on June 1, 2016, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties and counsel of record.

>Paul J. Skiermont (paul.skiermont@skiermontderby.com)
>Sadaf Abdullah (sadaf.abdullah@skiermontderby.com)
>Sarah Simmons (sarah.simmons@skiermontderby.com)
>Shellie Stephens (shellie.stephens@skiermontderby.com)
>SKIERMONT DERBY LLP
>2200 Ross Avenue, Suite 4800W
>Dallas, Texas 75201
>Telephone: (214) 978-6600
>Facsimile: (214) 978-6601
>LoggerHead_Team@skiermontderby.com
>
>Adam K. Mortara (adam.mortara@bartlit-beck.com)
>Philip S. Beck (philip.beck@bartlit-beck.com)
>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
>Courthouse Place
>54 West Hubbard Street, Suite 300
>Chicago, IL 60654
>Telephone: (312) 494-4400
>Facsimile: (312) 494-4440
>
>Marcus Edward Sernel (msernel@kirkland.com)
>Eric D Hayes (eric.hayes@kirkland.com)
>Ian J. Block (ian.block@kirkland.com)
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, IL 60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>
>Gregory S. Arovas (gregory.arovas@kirkland.com)\
>601 Lexington Avenue
>New York, NY 10022
>Telephone: 212-446-4800
>Facsimile: (212)-446-4900

/s/ James M. Hilmert