# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|   |   |   |
|---|---|---|
| Loggerhead Tools, LLC | ) | Case No: 12 C 9033 |
| v. | ) | Judge: John W. Darrah |
| Sears Holdings Corporation et al | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, Defendant Sears' Motion for Summary Judgment [255] is granted as to Counts VII, VIII, IX and XIV. Judgment is entered for Sears on Counts VII, VIII, IX, and XIV. Enter Memorandum Opinion and Order.

Date: 9/20/16  /s/ Judge John W. Darrah