**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Loggerhead Tools, LLC

                        Plaintiff,

v.                                              Case No.: 1:12–cv–09033
                                                    Honorable Rebecca R. Pallmeyer

Sears Holdings Corporation, et al.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 11, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Final Pretrial Conference held on 4/11/2017. Final Pretrial Conference set for 4/21/2017 at 10:00 AM. April 27, 2017 date to stand. (For further detail see separate Order.) Mailed notice. (etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.