N4

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LoggerHead Tools, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 12 C 9033 |
| Sears Holdings Corporation, Apex Tool Group, LLC, | ) Judge Rebecca R. Pallmeyer |
| Defendants. | ) |

### ORDER

Jury Trial held on 5/12/2017. Jury deliberations held and concluded. Jurors return their verdict in favor of Plaintiff LoggerHead Tools, LLC and against Defendants Sears Holdings Corporation and Apex Tool Group, LLC for infringing LoggerHead's '579 patent and '470 patent in the amount of $5,979,616.00. The jurors have found that Sears' and Apex's infringement of the asserted patents was willful. Trial Ends – Jury.

ENTER:

Dated: May 12, 2017

REBECCA R. PALLMEYER
United States District Judge

(T:05:04)