**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOGGERHEAD TOOLS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-09033 |
| | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| SEARS HOLDINGS CORPORATION | ) | JURY TRIAL DEMANDED |
| and APEX TOOL GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**SEALED EXHIBIT A TO BOKHART DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF JUDGMENT, AWARD OF PREJUDGMENT AND POST-
JUDGMENT INTEREST AND COSTS, AND IDENTIFICATION OF THE
APPLICABLE SCHEDULE FOR LOGGERHEAD'S MOTION FOR ATTORNEY'S
FEES AND NONTAXABLE EXPENSES**

Dated: June 22, 2017

Respectfully submitted,

/s/ *Paul J. Skiermont*
Paul J. Skiermont
N.D. Ill. Bar No. 6278464
Sarah Spires
Admitted *pro hac vice*
Sadaf Abdullah
Admitted *pro hac vice*
Steven Hartsell
N.D. Ill. Bar No. 24040199
Steve Udick
Admitted *pro hac vice*
Skiermont Derby LLP
2200 Ross Avenue, Suite 4800W
Dallas, Texas 75201
(214) 978-6600 (Telephone)
(214) 978-6601 (Facsimile)
pskiermont@skiermontderby.com
sspires@skiermontderby.com
sabdullah@skiermontderby.com
shartsell@skiermontderby.com

sudick@skiermontderby.com

Jason L. Peltz
Asha L.I. Spencer
Jean Tinkham
Bartlit Beck Herman
Palenchar & Scott, LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois  60654
(312) 494-4400 (Telephone)
(312) 494-4440 (Facsimile)
jason.peltz@bartlit-beck.com
asha.spencer@bartlit-beck.com
jean.tinkham@bartlit-beck.com

*Counsel for Plaintiff
LoggerHead Tools, LLC*