## Produced in Native Format



LoggerHead Tools, LLC
v. Sears Holdings Corp.
and Apex Tool Group
Case No. 12-cv-09033

**DTX 130**

**Highly Confidential -- Attorneys' Eyes Only**               APEX0018943

#35358

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|
| 201208 | 8/22/2014 | UZ4308 | MAX AXESS ADJUSTABLE WREN | 35358 | 10,836 | $9.00 | $97,524.00 | Sears |
| 201209 | 9/2/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 1,440 | $9.00 | $12,960.00 | Sears |
| 201209 | 9/2/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 6,576 | $9.00 | $59,184.00 | Sears |
| 201209 | 9/2/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 1,440 | $9.00 | $12,960.00 | Sears |
| 201209 | 9/9/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 7,992 | $9.00 | $71,928.00 | Sears |
| 201209 | 9/22/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 4,176 | $9.00 | $37,584.00 | Sears |
| 201209 | 9/23/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 4,176 | $9.00 | $37,584.00 | Sears |
| 201210 | 10/6/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 16,008 | $9.00 | $144,072.00 | Sears |
| 201210 | 10/14/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 6,000 | $9.00 | $54,000.00 | Sears |
| 201210 | 10/21/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 10,008 | $9.00 | $90,072.00 | Sears |
| 201211 | 10/28/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 6,024 | $9.00 | $54,216.00 | Sears |
| 201211 | 10/28/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35358 | 6,912 | $9.00 | $62,208.00 | Sears |
| 201211 | 11/6/2012 | 703513 | MAX AXESS ADJUSTABLE WREN | 35358 | 360 | $9.00 | $3,240.00 | International |

**Units Shipped**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10,836 | 25,800 | 32,016 | 13,296 | | 81,948 |

**Extended Amount**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $97,524.00 | $232,200.00 | $288,144.00 | $119,664.00 | | $737,532.00 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | 81,588 | $734,292.00 |
| Sears Hometown | 0 | |
| International | 360 | $3,240.00 |
| Total: | 81,948 | $737,532.00 |

#35359

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 201208 | 8/22/2012 | UZ4308 | MAX AXESS ADJUSTABLE WREN | 35359 | 21,672 | $10.00 | $216,720.00 | Sears |
| 201209 | 9/2/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 26,688 | $10.00 | $266,880.00 | Sears |
| 201209 | 9/2/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 4,512 | $10.00 | $45,120.00 | Sears |
| 201209 | 9/8/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 4,512 | $10.00 | $45,120.00 | Sears |
| 201209 | 9/9/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 18,816 | $10.00 | $188,160.00 | Sears |
| 201209 | 9/22/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 13,344 | $10.00 | $133,440.00 | Sears |
| 201209 | 9/23/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 13,320 | $10.00 | $133,200.00 | Sears |
| 201210 | 10/6/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 50,016 | $10.00 | $500,160.00 | Sears |
| 201210 | 10/14/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 13,992 | $10.00 | $139,920.00 | Sears |
| 201210 | 10/21/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 36,024 | $10.00 | $360,240.00 | Sears |
| 201211 | 10/28/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 47,184 | $10.00 | $471,840.00 | Sears |
| 201211 | 10/28/2012 | UZ4308/10/11/12 | MAX AXESS ADJUSTABLE WREN | 35359 | 25,008 | $10.00 | $250,080.00 | Sears |
| 201211 | 11/6/2012 | 703513 | MAX AXESS ADJUSTABLE WREN | 35359 | 360 | $10.00 | $3,600.00 | International |

**Units Shipped**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 21,672 | 81,192 | 100,032 | 72,552 | | 275,448 |

**Extended Amount**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $216,720.00 | $811,920.00 | $1,000,320.00 | $725,520.00 | | $2,754,480.00 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | 275,088 | $2,750,880.00 |
| Sears Hometown | 0 | |
| International | 360 | $3,600.00 |
| Total: | 275,448 | $2,754,480.00 |

#35358

| Period | SHIPDATE | P.O | ITEM | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|---|
| 201301 | 1/20/2013 | TE0396 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 1,512 | $9.02 | $13,638.24 | Sears |
| 201303 | 2/26/2013 | 85288 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 120 | $9.02 | $1,082.40 | International |
| 201304 | 4/14/2013 | TF5891/UZ5879 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 7,464 | $9.02 | $67,325.28 | Sears |
| 201304 | 4/20/2013 | 89166 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 192 | $9.02 | $1,731.84 | International |
| 201305 | 5/12/2013 | TF6404 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 4,608 | $9.02 | $41,564.16 | Sears |
| 201307 | 6/30/2013 | TF6790 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 744 | $9.02 | $6,710.88 | Sears |
| 201309 | 9/2/2013 | UZ6791 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 4,440 | $9.02 | $40,048.80 | Sears - Hometown |
| 201309 | 9/15/2013 | UZ6794 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 32,256 | $9.02 | $290,949.12 | Sears |
| 201309 | 9/15/2013 | UZ7425 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 1,824 | $9.02 | $16,452.48 | Sears |
| 201309 | 8/29/2014 | UZ9932 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35358 | 9,852 | $9.02 | $88,865.04 | Sears - Display |
| 201310 | 10/20/2013 | UZ6797 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 32,232 | $9.02 | $290,732.64 | Sears |
| 201310 | 10/16/2013 | 104866 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 192 | $9.02 | $1,731.84 | International |
| 201310 | 10/25/2013 | TF8626 | SB35358 | MAX AXESS ADJUSTABLE WREN | 35358 | 5,280 | $9.02 | $47,625.60 | Sears |

Units Shipped

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,512 |  | 120 | 7,656 | 4,608 |  | 744 |  | 48,372 | 37,704 |  |  | 100,716 |

Extended Amount

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $13,638.24 |  | $1,082.40 | $69,057.12 | $41,564.16 |  | $6,710.88 |  | $436,315.44 | $340,090.08 |  |  | $908,458.32 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | 95,772 | $863,863.44 |
| Sears Hometown | 4,440 | $40,048.80 |
| International | 504 | $4,546.08 |
| Total: | 100,716 | $908,458.32 |

#35359

| Period | SHIPDATE | P.O | ITEM | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|---|
| 201301 | 1/20/2013 | TE0396 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 4,008 | $10.02 | $40,160.16 | Sears |
| 201303 | 2/26/2013 | 85288 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 120 | $10.02 | $1,202.40 | International |
| 201303 | 3/17/2013 | B95ZV | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 2,160 | $10.02 | $21,643.20 | Kmart |
| 201303 | 3/24/2013 | VTDNA | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 792 | $10.02 | $7,935.84 | Kmart |
| 201304 | 4/14/2013 | TF5891/UZ5879 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 7,752 | $10.02 | $77,675.04 | Sears |
| 201304 | 4/20/2013 | 89166 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 192 | $10.02 | $1,923.84 | International |
| 201305 | 5/12/2013 | B96A6 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 504 | $10.02 | $5,050.08 | Kmart |
| 201305 | 5/12/2013 | TF6404 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 6,240 | $10.02 | $62,524.80 | Sears |
| 201306 | 5/26/2013 | TF6404 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 6,216 | $10.02 | $62,284.32 | Sears |
| 201306 | 6/10/2013 | VTEF6 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 816 | $10.02 | $8,176.32 | Kmart |
| 201307 | 6/30/2013 | TF6790 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 2,712 | $10.02 | $27,174.24 | Sears |
| 201307 | 7/14/2013 | VTET3 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 816 | $10.02 | $8,176.32 | Kmart |
| 201308 | 8/4/2013 | VTF50 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 4,992 | $10.02 | $50,019.84 | Sears |
| 201308 | 8/12/2013 | WC9K5/WC9KM | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 9,240 | $10.02 | $92,584.80 | Ace-Direct |
| 201308 | 8/14/2013 | WC9K5/WC9KM | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 13,776 | $10.02 | $138,035.52 | Ace-Direct |
| 201308 | 8/14/2013 | 101337 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 192 | $10.02 | $1,923.84 | International |
| 201309 | 9/2/2013 | UZ6791 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 1,896 | $10.02 | $18,997.92 | Sears - Hometown |
| 201309 | 9/2/2013 | VTFEU | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 2,400 | $10.02 | $24,048.00 | Kmart |
| 201309 | 9/15/2013 | UZ6794 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 96,816 | $10.02 | $970,096.32 | Sears |
| 201309 | 9/15/2013 | UZ7425 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 13,200 | $10.02 | $132,264.00 | Sears |
| 201309 | 8/29/2014 | UZ6632 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 19,704 | $10.02 | $197,434.08 | Sears - Display |
| 201309 | 8/29/2014 | UZ8032 | SB35360 | MAX AXESS ADJUSTABLE WREN | 35360 | 5,600 | $10.02 | $56,112.00 | Sears - Display |
| 201310 | 10/20/2013 | UZ6797 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 91,776 | $10.02 | $919,595.52 | Sears |
| 201310 | 10/5/2013 | VTFSF | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 2,400 | $10.02 | $24,048.00 | kmart |
| 201312 |  | 108333 | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 192 | $9.52 | $1,827.84 | International |
| 201312 |  | VTGKD | SB35359 | MAX AXESS ADJUSTABLE WREN | 35359 | 816 | $9.52 | $7,768.32 | kmart |

Units Shipped

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4,008 |  | 3,072 | 7,944 | 6,744 | 7,032 | 3,528 | 28,200 | 139,616 | 94,176 |  | 1,008 | 295,328 |

Extended Amount

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $40,160.16 |  | $30,781.44 | $79,598.88 | $67,574.88 | $70,460.64 | $35,350.56 | $282,564.00 | $1,398,952.32 | $943,643.52 |  | $9,596.16 | $2,958,682.56 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | 254,024 | $2,545,320.48 |
| Sears Hometown | 1,896 | $18,997.92 |
| International | 696 | $6,877.92 |
| Kmart | 15,696 | $156,865.92 |
| Ace | 23,016 | $230,620.32 |
|  | 295,328 | $2,958,682.56 |

#35358

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|
| 201404 | 4/24/2014 | 00121560 | MAX AXESS ADJUSTABLE WREN | 35358 | 192 | $8.57 | $1,645.44 | International |
| 201407 | 6/28/2014 | 00131451 | MAX AXESS ADJUSTABLE WREN | 35359 | 192 | $8.57 | $1,645.44 | International |

**Units Shipped**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 192 | | | 192 | | | | | | 384 |

**Extended Amount**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,645.44 | | | $1,645.44 | | | | | | $3,290.88 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | | |
| Sears Hometown | | |
| International | 384 | $1,645.44 |
| Kmart | | |
| Ace | | |
| Total: | 384 | $1,645.44 |

#35359

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|
| 201403 | 3/23/2014 | F82CV | MAX AXESS ADJUSTABLE WREN | 35359 | 1,800 | $9.52 | $17,136.00 | Ace-direct |
| 201403 | 3/24/2014 | F82CV | MAX AXESS ADJUSTABLE WREN | 35359 | 1,200 | $9.52 | $11,424.00 | Ace-direct |
| 201404 | 41735 | VTHPF | MAX AXESS ADJUSTABLE WREN | 35359 | 600 | 9.52 | $5,712.00 | Kmart |
| 201404 | 41753 | 00121560 | MAX AXESS ADJUSTABLE WREN | 35359 | 192 | 9.52 | $1,827.84 | International |
| 201406 | 41793 | VTJ8P | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 600 | 9.52 | $5,712.00 | kmart |
| 201407 | 41821 | VTJNZ | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 600 | 9.52 | $5,712.00 | kmart |
| 201407 | 41835 | VTJWH | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 600 | 9.52 | $5,712.00 | kmart |
| 201409 | 41877 | UZ2512 | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 1032 | 9.75 | $10,062.00 | ACE |
| 201409 | 41891 | VTKLG | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 1608 | 9.75 | $15,678.00 | KMART |
| 201409 | 41905 | VTKTH | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 2016 | 9.75 | $19,656.00 | KMART |
| 201411 | 41940 | UZ2872 | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 216 | 9.75 | $2,106.00 | ACE |
| 201411 | 41949 | VTL1J | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 3000 | 9.75 | $29,250.00 | KMART |
| 201412 | 41979 | VTLLG | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 408 | 9.75 | $3,978.00 | KMART |

**Units Shipped**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3,000 | 792 | | 600 | 1,200 | | 4,656 | | 3,216 | 408 | 13,872 |

**Extended Amount**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $28,560.00 | $7,539.84 | | $5,712.00 | $11,424.00 | | $45,396.00 | | $31,356.00 | $3,978.00 | $133,965.84 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | | |
| Sears Hometown | | |
| International | 192 | $1,827.84 |
| Kmart | 9432 | $91,410.00 |
| Ace | 4,248 | $40,728.00 |
| Total: | 13,872 | $133,965.84 |

#35358

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|
| 201503 | 2/26/2015 | 1570-35-15 | MAX AXESS ADJUSTABLE WRENCH 6 | 35358 | 408 | $8.78 | $3,582.24 | OSH |

| Units Shipped | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
| | | 408 | | | | | | | | | | 408 |

| Extended Amount | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
| | | $3,582.24 | | | | | | | | | | $3,582.24 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | | |
| Sears Hometown | | |
| International | | |
| Kmart | | |
| Ace | | |
| OSH | 408 | $3,582.24 |
| Total: | 408 | $3,582.24 |

#35359

| Period | SHIPDATE | P.O | DESCRIPTION | CUST ITEM | Q'TY | UNTPRICE | AMOUNT | Chanel |
|---|---|---|---|---|---|---|---|---|
| 201501 | 1/15/2015 | B0W77 | MAX AXESS ADJUSTABLE WREN | 35359 | 720 | $9.75 | $7,020.00 | KMART |
| 201501 | 1/18/2015 | UZ4058 | MAX AXESS ADJUSTABLE WREN | 35359 | 240 | $9.75 | $2,340.00 | Sears-IND |
| 201502 | 2/15/2015 | VTMRW | MAX AXESS ADJUSTABLE WREN | 35359 | 600 | $9.75 | $5,850.00 | KMART |
| 201503 | 2/26/2015 | 1570-35-15 | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 408 | $9.75 | $ 3,978.00 | OSH |
| 201511 | 10/28/2015 | VTQP1 | MAX AXESS ADJUSTABLE WRENCH 8 | 35359 | 312 | $9.26 | $2,889.12 | KMART |

| Units Shipped | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total Unit |
| 960 | 600 | 408 | | | | | | | 312 | | | 2,280 |

| Extended Amount | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total $$ |
| $7,020.00 | $8,190.00 | $3,978.00 | | | | | | | | $2,889.12 | | $22,077.12 |

| Channel | Total Q'ty | Amount |
|---|---|---|
| Sears | | |
| Sears Hometown | | |
| International | | |
| Kmart | 1632 | $15,759.12 |
| Ace | 240 | $2,340.00 |
| OSH | 408 | $3,978.00 |
| Total: | 2,280 | $22,077.12 |

**Summary**

| 2012 | | Cost | PTS | Margin | Total Shipped | Total Cost | Total PTS | Margin $$ |
|---|---|---|---|---|---|---|---|---|
| 35358 | 6 Inch Max Axess Locking Wrench | $4.78 | $9.00 | 46.89% | 81,948 | $391,711.44 | $737,532.00 | $345,820.56 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.20 | $10.00 | 48.00% | 275,448 | $1,432,329.60 | $2,754,480.00 | $1,322,150.40 |
| | | | | | | | | $1,667,970.96 |

| 2013 | | Cost | PTS | Margin | Total Shipped | Total Cost | Total PTS | Margin $$ |
|---|---|---|---|---|---|---|---|---|
| 35358 | 6 Inch Max Axess Locking Wrench | $4.68 | $9.02 | 48.12% | 100,716 | $471,350.88 | $908,458.32 | $437,107.44 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $10.02 | 49.10% | 294,320 | $1,501,032.00 | $2,949,086.40 | $1,448,054.40 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $9.52 | 46.43% | 1,008 | $5,140.80 | $9,596.16 | $4,455.36 |
| | | | | | | | | $1,889,617.20 |

| 2014 | | Cost | PTS | Margin | Total Shipped | Total Cost | Total PTS | Margin $$ |
|---|---|---|---|---|---|---|---|---|
| 35358 | 6 Inch Max Axess Locking Wrench | $4.68 | $8.57 | 45.39% | 384 | $1,797.12 | $3,290.88 | $1,493.76 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $9.52 | 46.43% | 5,592 | $28,519.20 | $53,235.84 | $24,716.64 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $9.75 | 47.69% | 8,280 | $42,228.00 | $80,730.00 | $38,502.00 |
| | | | | | | | | $64,712.40 |

| 2015 | | Cost | PTS | Margin | Total Shipped | Total Cost | Total PTS | Margin $$ |
|---|---|---|---|---|---|---|---|---|
| 35358 | 6 Inch Max Axess Locking Wrench | $4.68 | $8.78 | 46.70% | 408 | $1,909.44 | $3,582.24 | $1,672.80 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $9.75 | 47.69% | 1,968 | $10,036.80 | $19,188.00 | $9,151.20 |
| 35359 | 8 Inch Max Axess Locking Wrench | $5.10 | $9.26 | 44.92% | 312 | $1,591.20 | $2,889.12 | $1,297.92 |
| | | | | | | | | $12,121.92 |

| **2012 - 2015 Oct** | | | | | **Total Shipped** | **Total Cost** | **Total PTS** | **Margin $$** |
|---|---|---|---|---|---|---|---|---|
| 35358 | 6 Inch Max Axess Locking Wrench | | | | 183,456 | $866,768.88 | $1,652,863.44 | $786,094.56 |
| 35359 | 8 Inch Max Axess Locking Wrench | | | | 586,928 | $3,020,877.60 | $5,869,205.52 | $2,848,327.92 |
| | | | | | | | | $3,634,422.48 |

| | | 2012 | | 2013 | | 2014 | | 2015 | | 2012 - 2015 Oct | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Channel | Total Q'ty | Amount | Total Q'ty | Amount | Total Q'ty | Amount | Total Q'ty | Amount | Grand Total Unit | Grand Total $$ |
| 35358 | Sears | 81,588 | $734,292.00 | 95,772 | $863,863.44 | | | | | 177,360 | $1,598,155.44 |
| | Sears Hometown | 0 | | 4,440 | $40,048.80 | | | | | 4,440 | $40,048.80 |
| | International | 360 | $3,240.00 | 504 | $4,546.08 | 384 | $3,290.88 | | | 1,248 | $11,076.96 |
| | OSH | | | | | | | $408.00 | $3,582.24 | 408 | $3,582.24 |
| | Total: | 81,948 | $737,532.00 | 100,716 | $908,458.32 | 384 | $3,290.88 | $408.00 | $3,582.24 | 183,456 | $1,652,863.44 |

| | | 2012 | | 2013 | | 2014 | | 2015 | | 2012 - 2015 Oct | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Channel | Total Q'ty | Amount | Total Q'ty | Amount | Total Q'ty | Amount | Total Q'ty | Amount | Grand Total Unit | Grand Total $$ |
| 35359 | Sears | 275,088 | $2,750,880.00 | 254,024 | $2,545,320.48 | | | | | 529,112 | $5,296,200.48 |
| | Sears Hometown | 0 | | 1,896 | $18,997.92 | | | | | 1,896 | $18,997.92 |
| | International | 360 | $3,600.00 | 696 | $6,877.92 | 192 | $1,827.84 | | | 1,248 | $12,305.76 |
| | Kmart | | | 15,696 | $156,865.92 | 9,432 | $91,410.00 | 1,632 | $15,759.12 | 26,760 | $264,035.04 |
| | Ace | | | 23,016 | $230,620.32 | 4,248 | $40,728.00 | 240 | $2,340.00 | 27,504 | $273,688.32 |
| | OSH | | | | | | | 408 | $3,978.00 | 408 | $3,978.00 |
| | Total: | 275,448 | $2,754,480.00 | 295,328 | $2,958,682.56 | 13,872 | $133,965.84 | 2,280 | $22,077.12 | 586,928 | 5,869,205.5 |