**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOGGERHEAD TOOLS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION and APEX TOOL GROUP, LLC, <br><br> Defendants. | Case No. 1:12-cv-09033 <br><br> Honorable Rebecca R. Pallmeyer |

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND REINSTATEMENT OF THE JURY'S VERDICT OR ALTERNATIVELY, JUDGMENT OF INFRINGEMENT BASED ON POST-VERDICT CLAIM CONSTRUCTION AND REINSTATEMENT OF THE JURY'S VERDICT**

Pursuant to the Court's February 20, 2018 Order (Dkt. 497), Plaintiff LoggerHead Tools, LLC ("LoggerHead"), moves for reconsideration of the Court's December 22, 2017 Memorandum Opinion and Order (Dkt. 492) granting a new trial ("New Trial Order") and reinstatement of the jury's verdict. Alternatively, LoggerHead moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment that Defendants' Max Axess Locking Wrench ("MALW") infringes claims 1, 9 and 16 of U.S. Patent No. 6,889,579 (the "'579 Patent") and claims 1 and 9 of U.S. Patent No. 7,992,470 (the "'470 Patent") under the Court's revised construction as set forth in the New Trial Order. As such, the Court should reinstate the jury's verdict and rule on the parties' remaining post-trial motions.

In support of this motion, LoggerHead submits the attached memorandum of law and exhibits thereto, statement of undisputed material facts, and Declaration of Dr. Jonathan Cagan, which more fully sets forth the reasons for the relief requested.

Dated: February 20, 2018                  Respectfully submitted,

                                               */s/ Paul J. Skiermont*
Paul J. Skiermont
N.D. Ill. Bar No. 6278464
Sarah Spires
Admitted *pro hac vice*
Sadaf Abdullah
Admitted *pro hac vice*
Steven Hartsell
N.D. Ill. Bar No. 24040199
Steve Udick
Admitted *pro hac vice*
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201
(214) 978-6600 (Telephone)
(214) 978-6601 (Facsimile)
pskiermont@skiermontderby.com
sspires@skiermontderby.com
sabdullah@skiermontderby.com
shartsell@skiermontderby.com
sudick@skiermontderby.com

Jason L. Peltz
Asha L.I. Spencer
Jean Tinkham
Bartlit Beck Herman
Palenchar & Scott, LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
(312) 494-4400 (Telephone)
(312) 494-4440 (Facsimile)
jason.peltz@bartlit-beck.com
asha.spencer@bartlit-beck.com

jean.tinkham@bartlit-beck.com

*Counsel for Plaintiff*
*LoggerHead Tools, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System.  Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

By: */s/ Paul J. Skiermont*